# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

JAMES CLAYTON SOLOMON                                           PLAINTIFF
REG. #03633-063

v.                              No. 5:10CV05163 LH-JTR

HUNTER PETRAY, Captain,
Benton County Detention Center, *et al.*                        DEFENDANTS

## ORDER

Pending before the Court is the application dated April 17, 2015, by Colin M. Johnson for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the Guidelines and Policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $1,181.37 to the Davis Law Firm and mail it to Colin M. Johnson. A copy of this Order, together with the application, shall be placed in the Library Fund maintained by the Clerk of the Court.

IT IS SO ORDERED this 21st day of April, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE