IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JAMES CLAYTON SOLOMON<br>REG. #03633-063 | PLAINTIFF |
| v. No. 5:10CV05163 LH | |
| HUNTER PETRAY, Captain,<br>Benton County Detention Center, *et al*. | DEFENDANTS |

## ORDER

Pending before the Court is the application dated May 31, 2017, by Colin M. Johnson for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of Court disburse money from the Library Fund in the amount of $1870.57 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 1st day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE